**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| KRISTEN GORDON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 00-CV 2258 ADM/AJB |
| BEASLEY BROADCAST GROUP, | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO COMPLAINT**

This Cause having come before the Court on the Motion for Extension of Time to Serve Response to Complaint filed by Defendant Beasley Broadcast Group and the Court having reviewed the file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is granted and that Defendant shall have until December 6, 2000 to serve its response to the Complaint.

Done and ordered this 10th day of November, 2000.

Magistrate Judge Arthur J. Boylan
United States District Court
District of Minnesota

*Copies Furnished To:*

Lawrence A. Farese, Esq.
Donald H. Nichols, Esq.

.NplLib1:438504.1 11/07/00

FILED NOV 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________