UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kristen Gordon,

Plaintiff,

v.

Beasley Broadcast Group,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No: 00-CV-2258 ADM/AJB

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, that this action may be and is hereby dismissed with prejudice and without fees or costs to any of the parties to this action.

NICHOLS KASTER & ANDERSON, PLLP

Dated: 4-17, 2001

Donald H. Nichols #78918
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTORNEY FOR PLAINTIFF

FILED MAY 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED MAY 02 2001
DEPUTY CLERK'S INITIALS

**EXHIBIT A**

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 23 2001

DORSEY & WHITNEY, LLP

Robert L. Hobbins, MN #45573
Julie G. Meany, MN #256213
220 South Sixth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT

Dated: April 23, 2001

CUMMINGS & LOCKWOOD

Lawrence A. Farese, FL #252808
Cathy S. Reiman, FL #0501530
P. O. Box 413032
Naples, FL 34101-3032

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, and without costs, disbursements or fees to either party.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: May 2, 2001

Ann D. Montgomery
JUDGE OF US DISTRICT COURT